Starting Time: 12:09 p.m.
Ending Time: 12:10 p.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: December 13, 2004

HONORABLE AIDA M. DELGADO-COLON, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón     Case No. CR. 99-0344-07 (PG)

INTERPRETER: Tom Kavelin                    PTS: Maricarmen Ríos
===============================================================
United States of America              ATTORNEYS:
                                      José Ruiz
Plaintiff

v.

Angel M. Olivo-Rivera                 Francisco Valcárcel, FPD

Defendant(s)
===============================================================

Defendant was brought before the Court based on an arrest order issued by Hon. Juan M. Pérez-Giménez on October 25, 2004.

Defendant was advised of his rights and charges and was informed that a hearing of probable cause regarding violations of supervised release will be set by the court.

**Order to Show Cause Hearing as to Supervised Release is set for December 13, 2004 at 12:00 p.m.**

s/ Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk