IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America

Plaintiff

v.

Angel Olivo-Rivera

Defendant

CASE NO.  CR.99-0344-07 (PG)

## ORDER

Because the above named defendant has testified under oath or has otherwise satisfied this

Court that

      (1)   is financially unable to employ counsel,

      (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to

represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on ___December 13, 2004_____

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón_____
Sarah V. Ramón, Deputy Clerk

s/cs: AUSA
      USM
      PTS
      FPD