# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: December 13, 2004

HONORABLE AIDA M. DELGADO-COLON, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón        Case No. CR. 99-0344-07 (PG)

COURT REPORTER: FTR                      PTS: Maricarmen Ríos

INTERPRETER: Tom Kavelin
================================================================
United States of America           ATTORNEYS:  José Ruiz

Plaintiff

v.

Angel M. Olivo-Rivera                       Francisco Valcárcel, FPD

Defendant(s)
================================================================

CASE IS CALLED FOR an Order to Show Cause hearing ordered by the Magistrate Judge for defendant's failure to comply with his conditions of supervised release.

Defense counsel informs that the defendant is not contesting the five (5) allegations as so informed by the probation officer (see docket #650), however, he does reserve the right to present any arguments regarding those issues before the presiding judge at the revocation hearing.

After hearing the parties, Magistrate Delgado finds probable cause for the revocation of the supervised release term. A report and recommendation will be issued.

                                s/Sarah V. Ramón
                                Sarah V. Ramón, Deputy Clerk