AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL   District of   PUERTO RICO

UNITED STATES OF AMERICA
V.

Angel M. OLIVO-RIVERA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 99 CR 344-07 (PG)
USM Number: 19253-069

Maria ARSUAGA
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  2 & 3 and Special Cond. #3  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Cond. No. 2 | Failure to report to US Probation Officer and not submitting monthly supervision reports. | September 2004 |
| Standard Cond. No. 3 | Failure to follow instructions by the US Probation Officer | September 2004 |
| Special Cond. No. 3 | Refrain from use of controlled substances. | October 8, 2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  XXX-XX-0786

Defendant's Date of Birth:  01/26/1966

Defendant's Residence Address:

Public Housing Jose C. Barbosa

Bldg. 17, Apt. 180, Bayamon, PR  00957

Defendant's Mailing Address:

February 11, 2005
Date of Imposition of Judgment

S/ Juan M. Pérez-Giménez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, USDJ
Name and Title of Judge

February 11, 2005
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: ANGEL M. OLIVO-RIVERA | Judgment — Page 2 of 2 |
| CASE NUMBER: 99 CR 344-07 (PG) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **TWO (2) YEARS.**

X   The court makes the following recommendations to the Bureau of Prisons:
    That whatever institution is designated, the defendant be afforded the opportunity to avail himself of programs for substance abuse & for alcoholism. Further, that he be afforded psychological and psychiatric treatment addressed to defendant's emotional and psychological state.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL