IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

v.

ANGEL M. OLIVO-RIVERA
Defendant

Criminal No. 99-344-07(PG)

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Angel M. Olivo-Rivera, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on February 11, 2005, and entered on docket on March 2, 2005, by the Hon. Juan M. Pérez-Giménez, United States District Judge for the District of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of March, 2005.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

MARIA T. ARSUAGA-BYRNE
USDC - PR 213701
Assistant Federal Public Defender
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 2, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Rose Vega.

In San Juan, Puerto Rico, this 2nd day of March, 2005.

S/ **M**ARIA **T. A**RSUAGA-**B**YRNE
USDC-PR 2137091
Assistant Federal Public Defender
241 F. D. Roosevelt Avenue
San Juan, PR 00918
Phone No. (787) 281-4922
Fax No. (787) 281-4899