## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

DATE:     March 28, 2005

DC #:     99-344  (PG)

APPEAL FEE PAID:        YES _____     NO __X__

CASE CAPTION:           USA    v.    Colón-Centeno
                        Defendant:    Angel M. Olivo-Rivera (7)

IN FORMA PAUPERIS:      YES __X__     NO _____

MOTIONS PENDING:        YES _____     NO __X__

NOTICE OF APPEAL FILED BY:         Defendant

APPEAL FROM:            Amended Judgment imposed on 02/11/05 and entered on 03/02/05

SPECIAL COMMENTS:       Copies & original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries   23,340,341,439,440,617-619,621-626,655,660, 668,682-686,692,695,697,698,699 | I |
| Docket Entry  586  (Transcript) | II |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #:     _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk