UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:    July 7, 2005

DC #:    99–344  (PG)

CCA #:   05-1455

CASE CAPTION:           USA    v.    Colón-Centeno
                        Defendant:    Angel M. Olivo-Rivera (7)

SPECIAL COMMENTS:    Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                              **VOLUMES:**

**Docket Entries   433  (PSR) &  715  (Transcript)**             I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

                                    FRANCES RIOS DE MORAN
                                    Clerk of the Court


                                    S/ Xiomara Muñiz
                                    Xiomara Muñiz
                                    Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:        _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk