UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:       July 8, 2005

DC #:        99-344  (PG)

USCA #:    05-1455

CASE CAPTION:            USA        v.      Colón-Centeno
                                      Defendant:    Angel M. Olivo-Rivera (7)

SPECIAL COMMENTS:       Original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

DOCUMENTS:                                                                                      VOLUMES:

**Docket Entry  716  (Transcript)**                                                            I

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

                                                                 FRANCES RIOS DE MORAN
                                                                 Clerk of the Court

                                                                 S/ Xiomara Muñiz
                                                                 Xiomara Muñiz
                                                                 Deputy Clerk

Acknowledgment of Receipt:

Received By:      _____
USCCA #:          _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk