IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>Vs.<br><br>ANGEL M. OLIVO-RIVERA [7]<br><br>Defendant | CR. NO. 99-344 (PG) |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1.  Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Mr. Angel M. Olivo Rivera.

2.  Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, request Assistant Federal Public Defender María T. Arsuaga, be terminated from the case for electronic filing purposes.

In San Juan, Puerto Rico, on the 2nd day of May 2006.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

*S/Max Perez-Bouret*
**MAX PEREZ-BOURET**
**USDC-PR 222612**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
E-mail : max_perez@fd.org

USA v. ANGEL M. OLIVO-RIVERA                                                                                    **Page 2**
**Criminal No. 99-344 (PG)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 2nd day of May 2006.

*S/Max Perez-Bouret*
**MAX PEREZ-BOURET**
**USDC-PR 222612**